UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
AT MARSHALL

| | |
|---|---|
| LIN PACKAGING TECHNOLOGIES, LTD., <br><br> Plaintiff, <br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD; SAMSUNG ELECTRONICS AMERICA, LTD.; SAMSUNG SEMICONDUCTOR, INC; SAMSUNG AUSTIN SEMICONDUCTOR, L.P.; HYNIX SEMICONDUCTOR, INC.; HYNIX SEMICONDUCTOR AMERICA, INC.; AND HYNIX SEMICONDUCTOR MANUFACTURING AMERICA, INC., <br><br> Defendants. | CIVIL ACTION NO. <br><br> 2-05CV-540-LED <br><br> JURY TRIAL |

## NOTICE OF DISMISSAL OF SAMSUNG DEFENDANTS

Plaintiff Lin Packaging Technologies, Ltd., hereby gives notice pursuant to Federal Rule of Civil Procedure 41(a)(1) that it dismisses this action WITH PREJUDICE against Defendants Samsung Electronics Co., Ltd; Samsung Electronics America, Ltd.; Samsung Semiconductor, Inc; and Samsung Austin Semiconductor, L.P. This action remains pending against all other Defendants.

Susman Godfrey L.L.P.
Suite 3800
1201 Third Avenue
Seattle, Washington 98101
(206) 516-3880

Dated June 12, 2006                      SUSMAN GODFREY, L.L.P.

                                         By:_____/s/_____
                                             Stephen D. Susman
                                             (Lead Attorney)
                                             Texas Bar No. 19521000
                                             Suite 5100
                                             1000 Louisiana
                                             Houston, Texas 77002-5096
                                             Tel. (713) 651-9366
                                             Fax (713) 654-6666
                                             ssusman@susmangodfrey.com

                                             William C. Carmody
                                             Texas Bar No. 03823650
                                             Suite 5100
                                             901 Main Street
                                             Dallas, Texas 75202-3775
                                             Tel. (214) 754-1900
                                             Fax (214) 754-1933
                                             bcarmody@susmangodfrey.com

                                             Ian Bradford Crosby
                                             Wash. St. Bar No. 28461
                                              (pro hac vice)
                                             Suite 3800
                                             1201 Third Avenue
                                             Seattle, Washington  98101
                                             Tel. (206) 516-3861
                                             Fax (206) 516-3883
                                             icrosby@susmangodfrey.com

                                             Attorneys for Plaintiff
                                             LIN PACKAGING, LTD.